UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

Muscogee (Creek) Nation,
a federally recognized Indian tribe,

              Appellant,

v.

Steve Kunzweiler, in his official capacity as District Attorney for the Fourteenth Prosecutorial District of Oklahoma,

              Appellee.

Case No. 26-5013

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorneys hereby appear as counsel for:

Muscogee (Creek) Nation
[Party or Parties][1]

Appellant, in the above-captioned case.
[Appellant/Petitioner or Appellee/Respondent]

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Riyaz A. Kanji

Name of Counsel

*/s/ Riyaz A. Kanji*

Signature of Counsel

P.O. Box 3971, Ann Arbor, MI 48106

Telephone: (734) 769-5400

Mailing Address and Telephone Number

rkanji@kanjikatzen.com

Email Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐      The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒      There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

February 11, 2026
Date

*/s/ Riyaz A. Kanji*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

3

## CERTIFICATE OF SERVICE

I hereby certify that:

☒    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance Form to:

                              [date]

_____

at_____,

the last known address/email address, by

_____.

[state method of service]

February 11, 2026_____

Date

_/s/ Riyaz A. Kanji_____

Signature