UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| MUSCOGEE (CREEK) NATION, a federally recognized Indian tribe,<br><br>v.<br><br>STEVE KUNZWEILER, in his official capacity as District Attorney for the Fourteenth Prosecutorial District of Oklahoma | Case No.  26-5013 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Steve Kunzweiler
[Party or Parties][1]

Appellee/Respondent , in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Phillip G. Whaley
Name of Counsel

Signature of Counsel

Ryan Whaley
400 North Walnut Avenue
Oklahoma City, OK  73104  (405) 239-6040
Mailing Address and Telephone Number

pwhaley@ryanwhaley.com
E-Mail Address

Grant M. Lucky
Name of Counsel

Signature of Counsel

Ryan Whaley
400 North Walnut Avenue
Oklahoma City, OK  73104  (405) 239-6040
Mailing Address and Telephone Number

glucky@ryanwhaley.com
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Patrick R. Pearce, Jr.
Name of Counsel

Signature of Counsel
Ryan Whaley
400 North Walnut Avenue
Oklahoma City, OK  73104  (405) 239-6040
Mailing Address and Telephone Number

rpearce@ryanwhaley.com
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐　　The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒　　There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

February 12, 2026
Date

Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒      All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

☐      On _____, I sent a copy of this Entry of Appearance Form to:

_____

at _____,

the last known address/email address, by _____.

[state method of service]

February 12, 2026

Date

Signature